Before DENMAN, BONE, and ORR, Circuit Judges.

ORR, Circuit Judge.

This case was consolidated for trial with United States v. Colfax Grain Growers, 9 Cir., 157 F.2d 633, decided this day, and substantially the same facts and the same questions of law are involved here. The only difference between the two cases is that slightly different percentage of non-member business was transacted by this appellant during each of the three years involved. However, as in the Colfax Grain Growers case, supra, the non-member business of this appellant was at all times less than 50% of the total business done.

Therefore, the same reasons which led to our decision in the Colfax case, require an affirmance of the judgment in the instant case.

Affirmed.

**Stewart E. EARLE v. COMMISSIONER OF INTERNAL REVENUE (two cases).**
**Nos. 10271, 10273.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 23, 1946.

George E. H. Goodner and Scott P. Crampton, both of Washington, D. C., for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

On petition to review decision of the Tax Court of the United States. 5 T.C. 991.

This cause came on to be heard on the transcript of the record from the Tax Court of the United States.

Upon oral stipulation made in open Court agreeing that the decision in case No. 10,-269, Estate of Emma Earle, etc., v. Commissioner shall be controlling and determinative, it is therefore upon the authority of the opinion this day filed in Estate of Emma Earle, etc., v. Commissioner, 157 F.2d 501, ordered, adjudged and decreed that the decision of the Tax Court be and the same is affirmed.

**Berta BRADLEY, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Appellee.**
**No. 11648.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Erle M. Donalson, of Bainbridge, Ga., for appellant.

M. B. Peacock and H. H. Perry, Jr., both of Albany, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

**Chester BOWLES, Administrator, Office of Price Administration, Appellant, v. HOCKING VALLEY MANUFACTURING COMPANY, Appellee.**
**No. 10201.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1946.

David London, of Washington, D. C., and Samuel J. Weiner, of Cleveland, Ohio, for appellant.

Kennedy & Frost, of Cleveland, Ohio, and Hamilton & Kramer, of Columbus, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and the briefs and oral arguments of counsel. And it appearing that the findings of the district court are substantially supported by evidence and are not clearly erroneous, and that the conclusions of law of the district court are correct, the judgment of the district court is affirmed.

**Chester BOWLES, Administrator, Office of Price Administration, Appellant, v. HOCKING VALLEY MANUFACTURING COMPANY, Appellee.**

No. 10202.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1946.

David London, of Washington, D. C., Samuel J. Weiner and Albert Lederman, both of Cleveland, Ohio, Forrest F. Smith, of Columbus, Ohio, and J. Maxwell Maher, of Cincinnati, Ohio, for appellant.

Kennedy & Frost, of Cleveland, Ohio, and Hamilton & Kramer, of Columbus, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and the briefs and oral arguments of counsel. And it appearing that the findings of the district court are substantially supported by evidence and are not clearly erroneous, and that the conclusions of law of the district court are correct, the judgment of the district court is affirmed.

**Fred W. EWING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10239.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1946.

Walter H. Scott, of Corry, Pa., for petitioner.

Douglas W. McGregor, of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the briefs and record and oral argument of counsel.

On consideration whereof, it is ordered that the decision of the Tax Court of the United States be, and it hereby is, affirmed upon the authority of Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, and for the reasons stated in the opinion of the Tax Court filed October 31, 1945. 5 T.C. 1020.

**Ben F. HOPKINS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10183.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1946.

Thompson, Hine & Flory, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.